IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON FIELDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-cv-941-RJD |
| DOLLAR TREE STORES, INC., | ) ) |
| Defendants. | ) ) ) |

**SECOND AMENDED SCHEDULING ORDER**

**DALY, Magistrate Judge:**

At the status conference held on June 18, 2020, the parties and the Court discussed scheduling and discovery plans and agreed to the following:

**1.** Defendant shall disclose its experts, along with reports prepared and signed by the experts pursuant to Federal Rule of Civil Procedure 26(a)(2) on or before July 28, 2020.

**2.** The depositions of Defendant's experts shall occur on or before August 15, 2020.

**3.** All discovery shall be completed by September 1, 2020.

**4.** All dispositive motions shall be filed by September 15, 2020.

**5.** A final pretrial conference will be held on January 21, 2021 at 1:30 p.m.

**6.** Jury trial set for February 2, 2021.

**IT IS SO ORDERED.**

**DATED:   June 18, 2020**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**